PD-0417-15

NO. _____

| | | |
|---|---|---|
| **JESUS EFRAIN ABREGO,** | § | **IN THE TEXAS** |
| **Petitioner** | § | |
| | § | |
| **VS.** | § | **COURT OF** |
| | § | |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **Appellee** | § | **CRIMINAL APPEALS** |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Jesus Efrain Abrego, Petitioner, and files this motion for an extension of one (1) day to file the Petition for Discretionary Review. In Support thereof, Petitioner would show as follows:

Petitioner was conviction was affirmed by the Seventh Court of Appeals on March 13, 2015. The deadline for filing Petitioner's Petition for Discretionary Review was April 13, 2015. This is Petitioner's first request for an extension of time.

WHEREFORE, PREMISES CONSIDERED, counsel is requesting a one (1) day extension, until April 14, 2015, to adequately discharge his duty to his client.

FILED IN
COURT OF CRIMINAL APPEALS

April 16, 2015

ABEL ACOSTA, CLERK

1

Respectfully submitted,

Stickels & Associates, P.C.
John W. Stickels
P. O. Box 121431
Arlington, Texas 76012
Phone: (817) 479 - 9282
Fax: (817) 622 - 8071


BY: /S/ John W. Stickels
   John W. Stickels
   State Bar No. 19225300
   Attorney for Jesus Efrain Abrego


## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2015, a true and correct copy of the above and foregoing Motion has been delivered to the office of the Tarrant County Criminal District Attorney, 401 West Belknap, Fort Worth, Texas 76196.

/S/ John W. Stickels
John W. Stickels

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 14th day of April, 2015, a conference was held between my office and a representative for the Tarrant County District Attorney's Office, and she stated that she is not opposed to the granting of Petitioner's Motion for Extension of Time.

/S/ John W. Stickels
John W. Stickels